UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────── x

United States of America,

                      Plaintiff,

-against-

                                                                      Case No. 7:17-mj-7214

Joseph Krebs

                      Defendant.

───────────────────────────────── x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                           SO ORDERED.

                                                                       Hon. Martin R. Goldberg
                                                                       United States Magistrate Judge

Dated: 26th Day of August 2022
       Poughkeepsie, New York